FILED

2016 FEB 29  PM 4:00

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL CASUALTY COMPANY,
et al.,

    Plaintiffs,

v.                                                                                           Case No: 8:16-cv-322-T-17TGW

JOHN W. HARDIN, et al.,

    Defendants.

___

### ORDER GRANTING, IN PART AND DENYING IN PART, MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

This cause came before the Court pursuant to the the *Plaintiffs' Ex-Parte Motion and Memorandum of Law for: (a) Leave to File a Verified Complaint under Seal; (b) a Temporary Restraining Order and Preliminary Injunction; and (c) Writ of Attachment* (Doc. No. 1) (the "**Motion for Preliminary Injunction**") filed by the Plaintiffs, Continental Casualty Company, *et al.* (the "**Plaintiffs**"), and motion to dissolve (the "**Motion to Dissolve**") the temporary restraining order (the "TRO") filed by the Defendants, John W. Hardin, *et al.* (the "**Defendants**"). Having reviewed the motions, heard the arguments of counsel, and for the reasons stated in open Court, which shall constitute the decision of the Court, the motions are **GRANTED IN PART AND DENIED IN PART**.

Accordingly, it is

**ORDERED** that Motion for Preliminary Injunction is **DENIED** as to the Plaintiffs' requests: (i) for a pre-judgment asset freeze, (ii) for an immediate cloning of the Defendants' computer servers, and (iii) for an accounting. The Motion for Preliminary Injunction is **GRANTED** with respect to the Plaintiffs' request that the Defendants

preserve all evidence and electronically stored information that may be relevant to this case.

It is **FURTHER ORDERED** that the Motion to Dissolve is **GRANTED** with respect to the Defendants' request that the Court dissolve the asset freeze described in the TRO, and **DENIED** to the extent that the Defendants seek to be excused from the requirement that they preserve all potentially relevant evidence and electronically stored information.

It is **FURTHER ORDERED** that the TRO entered February 11, 2016 is **DISSOLVED**, except as stated above pertaining to the preservation of evidence and electronically stored information.

It is **FURTHER ORDERED** that the case shall remain under seal, pending further order of the Court, and shall be designated as a Track 2 case in accordance with the Local Rules for the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida on this 29th day of February, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record