UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL CASUALTY CO.,
Plaintiff,

v.   CASE NO. 8:16-cv-322-CEH-TGW

JOHN HARDIN, et al.,
Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Motion to Withdraw as Counsel for Defendant Henry C. Hardin, III (Doc. 350). This motion includes counsel's request to withdraw as attorneys for numerous defendant companies associated with Henry Hardin. Specifically, Hardin Indemnity, LLC; Hardin Indemnity, LTD; Payroll Data Processing, Inc.; Professional Management Services, Inc.; PlatformOne USA, Inc.; Staffing Concepts, Inc.; Staffing Concepts National, Inc.; Staffing Concepts International, Inc.; SC of Florida II, Inc.; Venture Resources Group, LLC; Alternative Marketing Group, Inc.; Productive Employer Concepts, Inc.; Human Capital Solutions, Inc.; HHG I, Inc.; Accountfirst Insurance Services, Inc; Staffing Concepts, I Inc.; Staffing Concepts, II Inc.; Staffing Concepts, III Inc.; HR Shared Services, Inc.; Risk Management Underwriters, Inc.; Epic Skilled & Industrial, Inc.; Staffing Concepts Epic, Inc., Staffing Concepts of Florida, Inc. Hardin and these companies are

collectively referred to as the "Henry Hardin defendants."

This motion fails to comply with Local Rule 2.02(c)(1), which provides:

> To withdraw, a lawyer:
>
> A. Must notify each affected client fourteen days before moving to withdraw unless the client consents to withdrawal, and
>
> B. Must file a motion to withdraw that includes:
> (i) a certification that the lawyer has provided fourteen days' notice to the client or that the client consents to the withdrawal and
> (ii) if withdrawal will result in a person proceeding pro se, the person's mailing address, email address, and telephone number.

Counsel did not certify that they provided fourteen days' notice to each of the Henry Hardin defendants prior to filing this motion, or that their clients consent to the withdrawal. Therefore, the motion will be denied without prejudice.

It is noted that, upon counsel's filing of a motion to withdraw that complies with Local Rule 2.02(c), anyone opposing the motion may file a response in accordance with Local Rule 3.01 (c), which affords a party 14 days to file an opposition to the motion. If there is no opposition, the motion will be granted. See Local Rule 3.01(c).

It is, accordingly, upon consideration,

ORDERED:

That the Motion to Withdraw as Counsel for Defendant Henry C. Hardin, III (Doc. 350) is **DENIED without PREJUDICE.**

DONE and ORDERED at Tampa, Florida, this 30th day of June, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE